**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANAHIT HAMBARDZUMYAN, | ) | CASE NO. CV 13-02890 RZ |
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM OPINION AND ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Plaintiff and Defendant each have filed their memoranda in support of their pleadings, and each has stated that the Administrative Law Judge committed reversible error and that the matter should be remanded for further proceedings. Accordingly, the decision of the Commissioner of Social Security is reversed, and the matter is remanded. On remand, the Administrative Law Judge may reconsider any matter, including those of which Plaintiff has complained.

DATED: November 19, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE