IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ANAHIT HAMBARDZUMYAN,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAHIT HAMBARDZUMYAN,<br><br>　　　Plaintiff,<br>　vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ,<br><br>　　　Defendant. | ) Case No.: CV 13-02890 RZ<br>)<br>) [~~PROPOSED~~]  ORDER<br>) AWARDING EAJA FEES<br>)<br>)<br>)<br>) HON. RALPH ZAREFSKY<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>) |

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded  to Plaintiff in the amount of  FOUR THOUSAND FIVE HUNDRED FIFTY DOLLARS ($4,550.00) as authorized by 28 U.S.C. § 2412(d), ~~and subject to the terms and conditions of the Stipulation~~.

DATED: December 02, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. RALPH ZAREFSKY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE